

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-90,928-01

### EX PARTE MEGAN MARIE ALEGRIA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1327659-A IN THE 184TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*. KEASLER and YEARY, JJ., concurring.

### O P I N I O N

Applicant was convicted of possession of a controlled substance and sentenced to two years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that her due process rights were violated because after she pleaded guilty, the evidence in her case was analyzed and found not to contain a controlled substance or dangerous drug. The trial court made findings of fact and conclusions of law and recommended that we set aside Applicant's conviction.

Relief is granted. *Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App. 2014). The judgment in cause number 1327659 in the 184th District Court of Harris County is set aside, and Applicant

is remanded to the custody of the Sheriff of Harris County to answer the charges as set out in the information. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered:      March 11, 2020

Do not publish